NUMBERS 13-04-198-CR and 13-04-199-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

SHARON MARIE BARKER,                                                 Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the County Court 
of Wharton County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, SHARON MARIE BARKER, perfected appeals from judgments entered
by the County Court of Wharton County, Texas, in cause numbers 03-CR-48248 and
03-CR-48249. Appellant has filed motions to dismiss the appeals. The motions
comply with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motions to
dismiss the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted. Appellant's motions to dismiss the appeals are granted, and the
appeals are hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 28th day of October, 2004.